# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Andy Michael Thompson, | Case No. 2:25-cv-01284-CDS-EJY |
| Plaintiff | **Order Denying Plaintiff's Emergency Motion for Temporary Restraining Order and Expedited Hearing** |
| v. | |
| Nevada Secretary of State, | |
| Defendant | [ECF No. 6] |

Pro se plaintiff Andy Michael Thompson filed an emergency motion for temporary restraining order and expedited hearing. Mot., ECF No. 6. However, even without a response, I find that Thompson has not provided necessary information to support his emergency motion. Specifically, although he alleges that he received an email on July 10 from Nevada Chief Deputy Attorney General Gregory D. Ott that installations would begin on the updated Dominion Voting System, Thompson provides no proof of this email, such as an attached copy as an exhibit. Absent this information, I am unable to conclude that this is an emergency at this time. Therefore, Thompson's emergency motion is denied without prejudice.

Thompson is also advised that under the local rule for emergency motions, a party filing an emergency motion must include in their declaration:

> A statement of movant certifying that, after participation in the meet-and-confer process to resolve the dispute, the movant has been unable to resolve the matter without court action. The statement also must state when and how the other affected people or entities were notified of the motion or, if not notified, why it was not practicable to do so. If the nature of the emergency precludes a meet and confer, the statement must include a detailed description of the emergency, so the court can evaluate whether a meet and confer truly was precluded.

LR 7-4. If Thompson seeks to file future emergency motions, he should either meet-and-confer with the opposing party or clearly explain why a meet-and-confer is not possible. Further, a

party may only request a single form of relief in each motion filed. *See* LR IC 2-2(b). Thompson is reminded that he needs to follow the rules of the court, including but not limited to the Local Rules. *See* Advisory Letter, ECF No. 5 at 1 ("...please comply with our Local Rules of Practice for the U.S. District Court District of Nevada...."). A copy of the Local Rules is available at: https://www.nvd.uscourts.gov/wp-content/uploads/2020/04/Local-Rules-of-Practice-Amended-2020.pdf.

### Conclusion

IT IS THEREFORE ORDERED that plaintiff's emergency motion for a temporary restraining order and expedited hearing **[ECF No. 6] is DENIED without prejudice**.

Dated: July 22, 2025

_____
Cristina D. Silva
United States District Judge